IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:18-cr-00192-1 |
| | ) | |
| JAMES HORTON | ) | JUDGE CAMPBELL |

## ORDER

The Clerk is directed to STRIKE the Court's 1/15/2025 Order (Doc. No. 357). The Court will enter an Amended Order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE